■ GARY N. THOMAS et al., Respondents, v PARAMJIT SINGH, Appellant. [855 NYS2d 917]—In an action, inter alia, to recover damages for personal injuries, etc., the defendant appeals, as limited by his brief, from so much of an order of the Supreme Court, Kings County (Vaughan, J.), dated October 24, 2007, as denied his motion for summary judgment dismissing the complaint on the ground that the plaintiff Gary N. Thomas did not sustain a serious injury within the meaning of Insurance Law § 5102 (d).

Ordered that the order is affirmed insofar as appealed from, with costs.

The defendant met his prima facie burden of showing that the plaintiff Gary N. Thomas (hereinafter the injured plaintiff) did not sustain a serious injury within the meaning of Insurance Law § 5102 (d) as a result of the subject accident (see Toure v Avis Rent A Car Sys., 98 NY2d 345 [2002]; Gaddy v Eyler, 79 NY2d 955, 956-957 [1992]). In opposition, the plaintiffs raised a triable issue of fact (see generally Alvarez v Prospect Hosp., 68 NY2d 320, 324 [1986]). Accordingly, the Supreme Court correctly denied the defendant's motion for summary judgment dismissing the complaint. Rivera, J.P., Lifson, Miller, Carni and Eng, JJ., concur.